| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 4:02CR00273-007 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 07CRIM 755 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Gino FRANCISCO-ALMONTE | DISTRICT NORTHERN DISTRICT OF OHIO | DIVISION Eastern |
|---|---|---|
| | NAME OF SENTENCING JUDGE David D. Dowd, Jr. | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 01/25/2007 — TO 01/24/2011 |

OFFENSE

21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B), Conspiracy to Possess with Intent to Distribute and Distribute in Excess of 500 Grams of Cocaine, a Class B Felony.

JUDGE KOELTL

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **NORTHERN DISTRICT OF OHIO**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the SOUTHERN DISTRICT OF NEW YORK upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_____     _____
Date                                             United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

AUG 14 2007

_____     _____
Effective Date                              United States District Judge