

P38477/E.Rivera

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
## PROBATION OFFICE

### MEMORANDUM

**07 CRIM. 755**

| | |
|---|---|
| **TO:** | Jim Molinelli, Miscellaneous Clerk |
| **FROM:** | Elisha Rivera, Senior United States Probation Officer |
| **RE:** | Gino Franciso Almonte |
| **DATE:** | August 9, 2007 |

### ASSIGNMENT OF TRANSFER OF JURISDICTION

On February 24, 2003, the above-named individual was sentenced in the Northern District of Ohio outlined in the attached J & C.

In July 2007, we received the Prob. 22's endorsed by the Honorable David D. Dowd, Jr., U.S. District Court Judge, ordering Mr. Almonte's transfer to the SD/NY. At this time, we are requesting that this case be assigned to a Judge in the SD/NY for acceptance of transfer of jurisdiction.

Your assistance in this matter is greatly appreciated. Should you have any questions, please feel free to contact the undersigned officer at (212) 805-5114.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

By: _____
Elisha Rivera
Senior U.S. Probation Officer

AUG 14 2007